# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137454 & (18)

JAMES W. GOULDER,
   Plaintiff-Appellant,

v

          SC: 137454
          CoA: 284682
          WCAC: 04-000416

GENERAL MOTORS CORPORATION,
   Defendant-Appellee.
_____

     On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 21, 2009          _____
                    Clerk